# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANA LEDEZMA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1806 |
| | § | |
| WELLS FARGO BANK, N.A., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed with prejudice. The plaintiff, Ana Ledezma, is not entitled to the relief she seeks. This is a final judgment.

SIGNED on November 24, 2014, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Lee H. Rosenthal
United States District Judge